| | |
|---|---|
| 1 | David P. Matthews<br>TX No. 13206200 |
| 2 | Jason C. Webster<br>TX No. 24033318 |
| 3 | **MATTHEWS & ASSOCIATES**<br>2905 Sackett St. |
| 4 | Houston, TX 77098<br>(713) 522-5250 |
| 5 | (713) 535-7184 facsimile<br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-6514 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Renee Adkison, Individually and on behalf of David Webb,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Renee Adkison, Individually and on behalf of David Webb, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: Jan. 12, 2010        MATTHEWS & ASSOCIATES

                            By: _____
                                David P. Matthews
                                *Attorneys for Plaintiffs*


DATED: Jan. 12, 2010        DLA PIPER LLP (US)

                            By: _____
                                Michelle W. Sadowsky
                                *Attorneys for Defendants*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court