David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-6514 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Renee Adkison, Individually and on behalf of David Webb,<br>　　　　　　　　Plaintiffs,<br>　vs.<br>Pfizer Inc., et al.<br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Renee Adkison, Individually and on behalf of David Webb, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: Jan. 12, 2010          MATTHEWS & ASSOCIATES

2
                                  By: _____
3                                      David P. Matthews
                                       *Attorneys for Plaintiffs*
4

5  DATED: Jan. 12, 2010          DLA PIPER LLP (US)

6
                                  By: _____
7                                      Michelle W. Sadowsky
                                       *Attorneys for Defendants*
8

9

10

11  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13  Dated: FEB 1 7 2010

14                                     Hon. Charles R. Breyer
                                       United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE